UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUAN CARLOS ALMONTE,**

    **Plaintiff,**

v.                                                               Case No. 4:20cv197-TKW-MAF

**E. WATER, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case was filed in the wrong court and is due to be transferred to the correct court under 28 U.S.C. §1406(a). Accordingly, it is

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Western District of New York, and the Clerk shall close the file in this Court.

**DONE and ORDERED** this 18th day of May, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**